## IN THE UNITED STATES DISTRICT COURT
## FOR THE WESTERN DISTRICT OF PENNSYLVANIA

THOMAS JOHN HAWES,        )
                                   )
      Plaintiff,          )
                                   )    Civil Action No. 3:25-cv-384
        v.              )    Judge Nora Barry Fischer
                                   )    Magistrate Judge Keith Pesto
PRIME CARE MEDICAL, et al.,   )
                                   )
      Defendants.      )

## ORDER OF COURT

AND NOW, this 23rd day of January 2026, upon consideration of the Report and Recommendation filed by United States Magistrate Judge Keith Pesto on November 20, 2025, (Docket No. 5), recommending that after screening Plaintiff Thomas John Hawes' Complaint under the Prison Litigation Reform Act, 28 U.S.C. § 1915A , and having conducted an appropriate analysis pursuant to *Poulis v. State Farm Fire & Cas. Co.*, 747 F.2d 863, 868 (3d Cir. 1984) and *Hildebrand v. Allegheny Cnty.*, 923 F.3d 128, 132 (3d Cir. 2025-38419), that the Complaint be dismissed without prejudice pursuant to Federal Rule of Civil Procedure 41(b) for Plaintiff's failure to prosecute, this matter having been reassigned to the undersigned for prompt disposition of the matter on January 20, 2026, and upon independent review of the record and consideration of the Magistrate Judge's Report and Recommendation (Docket No. 5), no objections having been filed, is ADOPTED as the opinion of this Court,

IT IS HEREBY ORDERED that Plaintiff's Complaint [3] is DISMISSED, without prejudice pursuant to Federal Rule of Civil Procedure 41(b) for Plaintiff's failure to prosecute;

IT IS FURTHER ORDERED that the Clerk of Court shall mark this case CLOSED; and,

FINALLY, IT IS ORDERED that pursuant to Rule 4(a)(1) of the Federal Rules of Appellate Procedure, Plaintiff has thirty (30) days to file a notice of appeal as provided by Rule 3 of the Federal Rules of Appellate Procedure.


*s/ Nora Barry Fischer*
Nora Barry Fischer
Senior U.S. District Judge


cc/ecf: United States Magistrate Keith Pesto

cc:     Thomas John Hawes
        14-01095
        Blair County Prison
        419 Market Square Alley
        Hollidaysburg, PA  16648
        (via first class mail)